CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

12/4/2019

JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

**WAGMAN HEAVY CIVIL, INC.,**
a Pennsylvania corporation,

    **Plaintiffs and Counterclaim Defendants,**

v.

**BRADLEY/THORNHILL, LLC,**
a Virginia limited liability company,

and

**LAND GROUP,**
a Virginia limited partnership,

    **Defendants and Counterclaim Plaintiffs.**

**CIVIL ACTION NO.: 6:19-CV-00012-NKM**

## DISMISSAL ORDER

Came this day the parties, by counsel, and represented to the Court that all matters between them in controversy have been compromised and settled pursuant to the terms of a settlement agreement; therefore, on the motion of all parties, by counsel, and for good cause shown, it is hereby

ORDERED that this case, including both plaintiffs' Complaint and counterclaim plaintiff's Counterclaim, be **DISMISSED**, with prejudice, and removed from the docket of this Court.

**ENTERED:** 12 / 4 / 2019

_____
Judge